FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0352

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0352

_____

IN THE MATTER OF:

S. L. H.

Defendant and Appellant.

_____

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE
OPENING BRIEF

_____


Upon consideration of Appellant's unopposed motion for extension

of time for thirty days, and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is granted an

extension of time to and including November 20, 2024, within which to

prepare, file, and serve Appellant's opening brief on appeal.

ELECTRONICALLY SIGNED AND FILED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2024